**Electronically Filed**
**Supreme Court**
**SCWC-20-0000561**
**06-JAN-2025**
**12:10 PM**
**Dkt. 16 ODAC**

SCWC-20-0000561

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ROBERT G. GOMES, JR.,
Respondent/Plaintiff-Appellant,

vs.

COUNTY OF HAWAIʻI, DEPARTMENT OF PUBLIC WORKS, HIGHWAYS DIVISION,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000561; CASE NO. 3CC171000213)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellee County of Hawaiʻi, Department of Public Works, Highways Division's application for writ of certiorari filed on November 29, 2024, is rejected.

DATED:  Honolulu, Hawaiʻi, January 6, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

